# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134923

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 134923
                                  COA: 277083
                                  Wayne CC: 90-012672
                                                      90-012674

CARL NEAL,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the August 2, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



s1217

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

                                  Clerk